UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION


FILED IN OPEN COURT
ON 3/4/13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

NO. 4:12-CR-120-F

Kenderick Battle

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 3/4/13 be turned over to Special Agent Steve Cottingham to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 1 | Smith & Wesson .38 Revolver |
| 2 | .38 Ammunition (6 Rounds) |
| 6 | Glock .40 Caliber Pistol |
| 7 | .40 Caliber Ammunition |
| 67 | Pill Bottle Containing white Pills |

This 4th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent        (signature) on        (date)