AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA

V.

KENDRICK BATTLE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:12-CR-120-1F

The Defendant was found Not Guilty as to Counts Two, Three, Four, Five and Six. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

James C. Fox, Senior U.S. District Judge
Name and Title of Judge

March 6, 2013
Date

\* *Counts One and Seven were DISMISSED by the court pursuant to Rule 29 of the Federal Rules of Criminal Procedure on March 6, 2013.*